AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina
Rock Hill Division

| | |
|---|---|
| Nutramax Laboratories, Inc., and Nutramax Laboratories Consumer Care, Inc. <br><br> *Plaintiff(s)* <br><br> v. <br><br> Joint-Health-Reviews.com and John Doe <br><br> *Defendant(s)* | Civil Action No. 0:17-2174-TLW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Joint-Health-Reviews.com
900 S. Figueroa Street
Los Angeles, CA 90015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher A. Jaros
K&L Gates, LLP
134 Meeting Street, Suite 500
Charleston, SC 29401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  08/16/2017

s/Karen Boston
*Signature of Clerk or Deputy Clerk*

